IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN D. HILL,

    Plaintiff,

v.

KAREN HANNAH, et al.

    Defendants.

ORDER

Case No. 25-cv-141-wmc

On February 25, 2025, I entered an order assessing plaintiff Brian D. Hill $4.62 as an initial partial payment of the $350.00 fee for filing this case. Dkt. 4. Now plaintiff has filed a letter, which I construe as a motion to waive an initial partial payment. Dkt. 5. In addition to the letter, plaintiff has provided a disbursement request slip that has a notation from the New Lisbon Correctional Institution's business office that says, "NSF-Disbursement Was Not Processed". It appears that plaintiff does not have the funds to pay the filing fee or to make an initial partial payment. Under these circumstances, the court will grant plaintiff's motion for leave to proceed without prepayment of the filing fee and will not assess an initial partial payment. Even if this court ultimately determines that plaintiff's complaint cannot go forward, plaintiff is advised that the full $350 filing fee for indigent litigants remains his obligation. *See* 28 U.S.C. § 1915(b)(2).

Because plaintiff is an inmate, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.

ORDER

IT IS ORDERED that:

1. The motion filed by plaintiff Brian D. Hill to waive the initial partial filing fee is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2). Once the screening process is complete, the court will issue a separate order.

Entered this 14th day of March, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge